UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAZZLYN SHABERA IFEJI, et al.,<br><br>                              Plaintiffs,<br><br>          -against-<br><br>MERRICK GARLAND, et al.,<br><br>                              Defendants. | 24-CV-0030 (LTS)<br><br>CIVIL JUDGMENT |

   For the reasons stated in the March 7, 2024, order, this action is dismissed.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

 Dated:    March 7, 2024
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge